James P. Cooper III (SBN 125412)
Attorney at Law
5777 W. Century Boulevard, Suite 750
Los Angeles, CA 90045
(310) 642-8800
(310) 642-9903 (Fax)
Email Address: trialanimal@sbcglobal.net

Attorney for Defendant Luz Mendoza

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>          v.<br><br>RAMON NARCISO MORALES MENDOZA, ET AL.,<br><br>          Defendant(s). | Case No: CR 09-00230(A)-SVW<br><br>DEFENDANT LUZ MENDOZA'S LETTER IN SUPPORT OF SENTENCING MEMORANDUM<br><br>Date:  May 3, 2010<br>Time:  11:00 a.m.<br>Place: Courtroom 6<br><br>HONORABLE STEPHEN V. WILSON |

TO ANDRÉ BIROTTE JR., UNITED STATES ATTORNEY FOR THE CENTRAL DISTRICT OF CALIFORNIA AND/OR HIS AUTHORIZED REPRESENTATIVES:

PLEASE TAKE NOTICE that defendant Luz Mendoza ("Mendoza") hereby submits the attached exhibit, i.e. letter, in support of her sentencing memorandum.

April 6, 2010          Respectfully submitted,


                    _____/s/_____
                    James P. Cooper III
                    Attorney for Defendant Luz Mendoza

- 1 -

**LUZ MENDOZA - LETTER IN SUPPORT OF SENTENCING MEMORANDUM**

Dear Honorable Judge Wilson

My name is Luz Elena. I'am Antero Mendoza wife. Antero is a great husband and father too. We have three wonderful children. We are encarcerated in San Bernardino County Jail for almost a year. We made a huge mistake that change our lifes for ever. Being away from our children has being the worst punishment for both us. We are not bad people. We are two human being that made a bad decesion for necessity. No one is perfect, we all make mistakes. But our mistakes teach us huge lesson and God knows that we learnd our lesson. The only thing that we wish for is to be with our children because they need us as much as we need them. We love them and miss them so much. We want to have the opportunity to start again and do the right thing. We had never being in trouble before this is the first and only time. My husband grew alone without his parents since the age of 12 and he doesn't want that to happend to our children. He wants to be there for our children to guide them, protect them and love them. I ask you to please give my husband the opportunity to be home soon for our three little ones that miss daddy a lot. Thank you for taking your time in reading this letter.

Thank You